UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
   §
NOOR, SHAHZAD § Case No. 13-35957
   §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street
    Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/01/14 in Courtroom 615,
  United States Courthouse
  219 South Dearborn Street
  Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/21/2014      By: /s/ Barry A. Chatz, Trustee
                    Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NOOR, SHAHZAD §   Case No. 13-35957
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 46.52 |
| leaving a balance on hand of[1] | $ | 6,953.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BARRY A. CHATZ | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 43.80 | $ 0.00 | $ 43.80 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 1,332.50 | $ 0.00 | $ 1,332.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.75 | $ 5.75 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,826.30 |
| Remaining Balance | $ 4,127.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,007.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | ILLINOIS DEPT. OF REVENUE | $ 1,007.84 | $ 0.00 | $ 1,007.84 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 1,007.84 |
| Remaining Balance | $ 3,119.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,578.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 2,199.49 | $ 0.00 | $ 173.35 |
| 000002 | AMERICAN INFOSOURCE | $ 4,724.90 | $ 0.00 | $ 372.38 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | $ 170.00 | $ 0.00 | $ 13.40 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | $ 17,615.07 | $ 0.00 | $ 1,388.30 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES | $ 549.69 | $ 0.00 | $ 43.32 |
| 000006 | ECAST SETTLEMENT CORP | $ 5,917.42 | $ 0.00 | $ 466.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | ECAST SETTLEMENT CORP | $ 8,165.85 | $ 0.00 | $ 643.58 |
| 000008B | ILLINOIS DEPT. OF REVENUE | $ 236.50 | $ 0.00 | $ 18.64 |

Total to be paid to timely general unsecured creditors    $    3,119.34

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 13-35957-JSB
SHAHZAD NOOR                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 2           Date Rcvd: May 22, 2014
                              Form ID: pdf006          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2014.
db         +SHAHZAD NOOR,    8989 Potter Rd,   Des Plaines, IL 60016-5301
aty        +Rachael D. Stern,    53 West Jackson Boulevard,   Suite 1442,   Chicago, IL 60604-3536
21381653    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20975133    Amex,    P.O. Box 981540,   El Paso, TX 79998-1540
20975132    Bank of America,    PO Box 29966,   Phoenix, AZ 85038-0966
20975141   +Bank of America,    c/o FMA Alliance Ltd.,   12339 Cutten Road,    Houston TX 77066-1807
20975137    Capital One,    Attn: General Correspondence,   PO Box 30285,    Salt Lake City, UT 84130-0285
20975139    Chase,    c/o Client Services Inc.,   3451 Harry S. Truman Blvd,    St. Charles, MO 63301-4047
20975131    Chase Bank,    National Bank By Mail,   PO Box 36520,    Louisville, KY 40233-6520
21126200   +Cook County Dept of Rev,    c/o PennCredit,   916 S. 14th St,    PO Box 988,
             Harrisburg, PA 17108-0988
20975140    Discover Bank,    c/o Leading Edge Recovery Solutions LLC,    PO Box 2330,
             Schiller Park, IL 60176-0330
20975135   +HSBC Bank,   P.O. Box 2013,    Buffalo, NY 14240-2013
21828865    Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
             chicago, Illinois 60664-0338
21407601   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery Associates, LLC,
             successor to HSBC BANK NEVADA, N.A.,    PO Box 41067,   Norfolk, VA 23541)
20975130   +Portfolio Recovery Associate,    120 Corporate Boulevard,   Norfolk, VA 23502-4962
21126201   +River Grove Plaza, Inc.,    8400 W. Grand Ave,   River Grove, IL 60171-1416
20975136   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  US Bank,    425 Walnut Street,   Cincinnati, OH 45202)
21420352    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21187171     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2014 00:33:39
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK  73126-8941
20975138    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 23 2014 00:36:01
              Credit Collections Services,   Two Wells Ave,   Newton, MA 02459-3246
21179637     E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2014 00:32:47    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20975134     E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2014 00:32:47    Discover Financial Services,
              P.O. Box 6103,   Carol Stream, IL 60197-6103
20975129    +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2014 00:29:47    Midland Funding LLC,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21403628*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21420353*    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: wepps                 Page 2 of 2              Date Rcvd: May 22, 2014
                              Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2014 at the address(es) listed below:

```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Selmaan  Ansari    on behalf of Debtor SHAHZAD   NOOR selmaan@gmail.com
                                                                                             TOTAL: 6
```