UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
NOOR, SHAHZAD § Case No. 13-35957
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008A | ILLINOIS DEPT. OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | AMERICAN INFOSOURCE MIDLAND FUNDING | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000006 | ECAST SETTLEMENT CORP FOR CHASE BAN | | | | | |
| 000007 | ECAST SETTLEMENT CORP FOR CHASE BAN | | | | | |
| 000008B | ILLINOIS DEPT. OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-35957 339 Judge: 339 | Trustee Name: BARRY A. CHATZ |
| Case Name: | NOOR, SHAHZAD | Date Filed (f) or Converted (c): 09/11/13 (f) |
| | | 341(a) Meeting Date: 10/25/13 |
| For Period Ending: | 09/19/14 | Claims Bar Date: 01/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INVENTORY<br>INVENTORY RELATED TO BUSINESS OPERATIONS | 10,000.00 | 7,000.00 | | 7,000.00 | FA |
| 2. CASH ON HAND | 300.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS<br>CHECKING ACCOUNT | 700.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLES<br>2000 CHRYSLER TOWN & COUNTY MINIVAN | 2,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $14,500.00 | $7,000.00 | | $7,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARING SCHEDULED FOR 7/1/14 @ 10:00

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-35957 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | NOOR, SHAHZAD | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9459 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0552 | | |
| For Period Ending: | 09/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/13 | 1 | JOYCE & ANSARI LLP | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 7,000.00 | | 7,000.00 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,990.00 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.39 | 6,979.61 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 5.75 | 6,973.86 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.38 | 6,963.48 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,953.48 |
| 07/02/14 | 300002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,493.80 | 5,459.68 |
| | | | Fees      1,450.00 | 2100-000 | | | |
| | | | Expenses    43.80 | 2200-000 | | | |
| 07/02/14 | 300003 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,332.50 | 4,127.18 |
| 07/02/14 | 300004 | ILLINOIS DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Claim 000008A, Payment 100.00% | 5800-000 | | 1,007.84 | 3,119.34 |
| 07/02/14 | 300005 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 7.88% | 7100-000 | | 173.35 | 2,945.99 |
| 07/02/14 | 300006 | AMERICAN INFOSOURCE<br>MIDLAND FUNDING/CHASE | Claim 000002, Payment 7.88% | 7100-000 | | 372.38 | 2,573.61 |
| | | | Page Subtotals | | 7,000.00 | 4,426.39 | |

Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 13-35957 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | NOOR, SHAHZAD | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9459 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0552 | | | |
| For Period Ending: | 09/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/02/14 | 300007 | PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941<br>AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Claim 000003, Payment 7.88%<br>(3-1) CREDIT CARD DEBT | 7100-000 | | 13.40 | 2,560.21 |
| 07/02/14 | 300008 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Claim 000004, Payment 7.88%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 1,388.30 | 1,171.91 |
| 07/02/14 | 300009 | PORTFOLIO RECOVERY ASSOCIATES<br>FOR HSBC BANK NEVADA NA<br>PO BOX 41067<br>NORFOLK, VA 23541 | Claim 000005, Payment 7.88% | 7100-000 | | 43.32 | 1,128.59 |
| 07/02/14 | 300010 | ECAST SETTLEMENT CORP<br>FOR CHASE BANK USA NA<br>POB 29262<br>NEW YORK, NY 10087-9262 | Claim 000006, Payment 7.88%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 466.37 | 662.22 |
| 07/02/14 | 300011 | ECAST SETTLEMENT CORP<br>FOR CHASE BANK USA NA<br>PO BOX 29262<br>NEW YORK, NY 10087-9262 | Claim 000007, Payment 7.88%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 643.58 | 18.64 |
| 07/02/14 | 300012 | ILLINOIS DEPT. OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Claim 000008B, Payment 7.88% | 7100-000 | | 18.64 | 0.00 |

Page Subtotals  0.00  2,573.61

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-35957 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | NOOR, SHAHZAD | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9459 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0552 | | | |
| For Period Ending: | 09/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.00 | 7,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,000.00 | 7,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,000.00 | 7,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********9459) | | 7,000.00 | 7,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 7,000.00 | 7,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*